UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ANTHONY O. EDMOND,

    Plaintiff,

vs.

RAJ TRANSPORT, INC., *et al.*,

    Defendants.

Case No. 3:24-cv-15

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

---

**ORDER: (1) CONDITIONALLY DISMISSING CASE WITH PREJUDICE; AND (2) TERMINATING THIS CASE ON THE DOCKET**

---

Pursuant to the parties' notice of settlement (Doc. No. 18) and Fed. R. Civ. P. 41, this case is **CONDITIONALLY DISMISSED WITH PREJUDICE**, and **TERMINATED** on the docket provided that either party may, upon good cause shown within thirty (30) days, reopen the action if settlement is not consummated.

    **IT IS SO ORDERED.**

October 18, 2024                    s/*Michael J. Newman*
                                             Hon. Michael J. Newman
                                             United States District Judge